Jeffrey J. Barber, Esq.
Barber & Sims LLC
Attorneys for Karen Barsanti
821 N Street, Suite 103
Anchorage, Alaska 99501
Tel: (907) 276-5858
Fax: (907) 276-5817
jeffb@alaskainjury.com

Neil T. O'Donnell, Esq.
ATKINSON, CONWAY & GAGNON
Attorneys for Karen Barsanti
420 L Street, Suite 500
Anchorage, Alaska 99501-1968
Phone: (907) 276-1700
Fax: (907) 272-2082
acgecf@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KAREN BARSANTI ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALLSTATE INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:12-cv-00074-SLG |

**STIPULATED NOTICE OF FILING
CONFIDENTIALITY AGREEMENT AND
PROPOSED CONFIDENTIALITY ORDER**

      The undersigned parties, by and through their counsel of record, hereby

jointly give notice to the Court and request an order incorporating the Confidentiality

Agreement, attached hereto as Exhibit A, imposing certain confidentiality obligations on the

parties.

                            BARBER & SIMS LLC
                            Attorneys for Plaintiff

Date: 7/23/12          By     s/Jeffrey J. Barber
                            821 N Street, Suite 102
                            Anchorage, AK 99501
                            Tel: (907) 276-5858
                            Fax: (907) 276-5817
                            E-mail: jeffb@alaskainjury.com
                            ABA No. #0111058


                            ATKINSON, CONWAY & GAGNON
                            Attorneys for Plaintiff

Date: 7/23/12          By     s/ Neil T. O'Donnell
                            420 L Street, Suite 500
                            Anchorage, AK 99501
                            Phone: (907) 276-1700
                            Fax: (907) 272-2082
                            E-mail: nto@acglaw.com
                            ABA No. 8306049

                            GUESS & RUDD P.C.
                            Attorneys for Defendant

Date: 7/23/12          By     s/Gary A. Zipkin
                            510 L Street, Suite 700
                            Anchorage, AK 99501
                            Phone: (907) 793-2200
                            Fax: (907) 276-5817
                            E-mail: gzipkin@guessrudd.com
                            ABA #7505048

I certify that on July 23, 2012,
a copy of the foregoing document
was served electronically on:

Jeffrey J. Barber, Esq.
Gary A. Zipkin, Esq.


By      s/ Neil T. O'Donnell

STIPULATED NOTICE FOR ORDER OF CONFIDENTIALITY AGREEMENT
Page 3
116864/7790.1