# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| |  |
|---|---|
| KAREN BARSANTI,<br><br>                        Plaintiff,<br>    v.<br>ALLSTATE INSURANCE COMPANY,<br><br>                       Defendant. | Case No. 3:12-cv-00074-SLG |

## SCHEDULING ORDER

Discovery has closed and the dispositive motion deadline has passed with no such motions having been filed. Therefore, a trial-setting conference is scheduled for **February 14, 2013 at 2:00 p.m.** in courtroom 3 before Judge Gleason.

DATED at Anchorage, Alaska this 24th day of January, 2013.

                                                         */s/ Sharon L. Gleason*
                                                         United States District Judge