Gary A. Zipkin
Christina A. Rankin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail:  gzipkin@guessrudd.com
        crankin@guessrudd.com

Attorneys for Allstate Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| KAREN BARSANTI, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cv-00074-SLG |
| | ) | |
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective attorneys, hereby stipulate and agree that all of the claims asserted by Karen Barsanti in this action against Allstate Insurance Company are hereby dismissed in their entirety and with prejudice, each side bearing its own costs and attorney's fees, for the reason that an amicable settlement has been reached.

Stipulation for Dismissal With Prejudice
Barsanti v. Allstate, Case No. 3:12-cv-00074-SLG
Page 1 of 2
Case 3:12-cv-00074-SLG   Document 18   Filed 01/24/13   Page 1 of 2

DATED at Anchorage, Alaska, this 24th day of January, 2013.

        GUESS & RUDD P.C.
        Attorneys for Defendant

By:   s/ Gary A. Zipkin
      Guess & Rudd P.C.
      510 L Street, Suite 700
      Anchorage, Alaska 99501
      Phone: (907) 793-2200
      Fax: (907) 793-2299
      Email: gzipkin@guessrudd.com
      Alaska Bar No. 7505048

DATED at Anchorage, Alaska, this 24th day of January, 2013.

        BARBER & BANKER, LLC
        Attorneys for Plaintiff

By:   s/ Jeffrey J. Barber
      Barber & Banker, LLC
      821 N Street, Suite 103
      Anchorage, Alaska 99501
      Phone: (907) 276-5858
      Fax: (907) 276-5817
      E-mail: jeffb@alaskainjury.com
      Alaska Bar No. 0111058

CERTIFICATE OF SERVICE
I hereby certify that on the 24th day of January, 2013, a copy of the foregoing document was electronically served on:

Jeffrey J. Barber, Esq.
Neil T. O'Donnell, Esq.

By: s/ Gary A. Zipkin
F:\DATA\6297\1\Pleadings\16 Stip for Dismissal.doc

Stipulation for Dismissal With Prejudice
Barsanti v. Allstate, Case No. 3:12-cv-00074-SLG
Page 2 of 2