# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

KAREN BARSANTI,

                Plaintiff,

    v.

ALLSTATE INSURANCE COMPANY,

                Defendant.

Case No. 3:12-cv-00074-SLG

## ORDER

Upon consideration of the parties' Stipulation for Dismissal with Prejudice (Docket 18), this matter is hereby DISMISSED with prejudice. Each side shall bear its own costs and attorneys' fees. Further, IT IS ORDERED that the trial-setting conference scheduled for February 14, 2013 is VACATED.

DATED at Anchorage, Alaska this 25th day of January, 2013.

                                          */s/ Sharon L. Gleason*
                                          United States District Judge